IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| Cobbler Nevada, LLC, | ) | |
| --- | --- | --- |
| | ) | Civil Action No. 15-cv-1674-WJD-MEH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NOTICE OF DISMISSAL |
| | ) | |
| John Doe 1, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, Countryman Nevada, LLC and Defendants John Does #1 and #29 have entered into confidential settlement agreements resolving this dispute. Plaintiff advises the court that this case may be dismissed against these Defendants, with prejudice, pursuant to the settlement agreements.

Defendant have not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendants John Does #1 and #29, pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice.

**Respectfully submitted this 30th day of September 2015,**

BROWN & KANNADY, LLC

*/s/ Scott T Kannady*

Scott T. Kannady, Esq.
2000 S. Colorado Blvd.
Suite 2-610
Denver, Colorado 80222
Telephone (303) 757-3800

Attorneys for Plaintiff.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 30, 2015, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                                              By: /s/ Maegan M. Stevens
                                              Maegan Stevens, paralegal
                                              Brown & Kannady, LLC