IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Cobbler Nevada, LLC, | )<br>) Civil Action No. 14-cv-01674-WJD-MEH |
| Plaintiff, | ) |
| v. | ) |
| John Doe 2, et.al., | ) NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| Defendants. | ) |

Plaintiff, Countryman Nevada, LLC and Defendant Doe #15 have resolved this dispute. Plaintiff advises the court that this case may be dismissed against this Defendant, without prejudice.

Defendant has not filed an Answer or Motion for Summary Judgment in this Matter.

THEREFORE, the Plaintiff hereby dismisses the above-referenced action filed against the Defendant John Doe #15, pursuant to F.R.C.P. 41(a)(1)(A)(i), without prejudice.

**Respectfully submitted this 6th day of November 2015,**

BROWN & KANNADY, LLC

*/s/ Scott T Kannady*

Scott T. Kannady, Esq.
2000 S. Colorado Blvd., Suite 2-610
Denver, Colorado 80222
Telephone (303) 757-3800

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 6, 2015, I electronically serve the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                                          By: /s/ Maegan M Stevens
                                            Maegan M Stevens, paralegal
                                            Brown & Kannady, LLC