IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-1674-WYD-MEH

COBBLER NEVADA, LLC,

    Plaintiff,

v.

JOHN DOE 2,
JOHN DOE 3,
JOHN DOE 4,
JOHN DOE 5,
JOHN DOE 7,
JOHN DOE 8,
JOHN DOE 9
JOHN DOE 10,
JOHN DOE 11,
JOHN DOE 12,
JOHN DOE 14,
JOHN DOE 16,
JOHN DOE 17,
JOHN DOE 18,
JOHN DOE 19,
JOHN DOE 20,
JOHN DOE 21,
JOHN DOE 23,
JOHN DOE 24,
JOHN DOE 26,
JOHN DOE 27,
JOHN DOE 28,
JOHN DOE 30,
JOHN DOE 31,
JOHN DOE 32,
JOHN DOE 33,
JOHN DOE 34,
JOHN DOE 35,

    Defendants.

## ORDER DISMISSING PARTY WITH PREJUDICE

THIS MATTER is before the Court on Plaintiff's Notice of Dismissal With Prejudice (ECF No. 30) of Defendants John Does 16, 18, and 33, filed on December 10, 2015.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Defendants John Does 16, 18, and 33 shall be **DISMISSED WITH PREJUDICE** from this action.  Accordingly, it is

ORDERED that Defendants John Does 16, 18, and 33 are **DISMISSED WITH PREJUDICE** from this action.  It is

FURTHER ORDERED that the Clerk of the Court shall amend the case caption to reflect the dismissal of John Does 16, 18, and 33.

Dated: December 11, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge