# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

COBBLER NEVADA, LLC,
a California limited liability company

## MONTHLY STATUS REPORT

COMES NOW Cobbler Nevada, LLC, ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 15-cv-01407:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC on July 7, 2015 and on CenturyLink QC on July 7, 2015. Plaintiff has dismissed John Does 5, 2, 9, 11, 13 and 18 from this action.

**Civil Action No. 15-cv-01449:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on July 23, 2015. Plaintiff has dismissed John Does 12, 14, 15, 16 and 17 from this action.

**Civil Action No. 15-cv-01558:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on July 27, 2015. Plaintiff has dismissed John Does 6, 8 and 10 from this action.

**Civil Action No. 15-cv-01563:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on July 27, 2015. Plaintiff has dismissed John Does 2, 3, 5 and 10 from this action.

**Civil Action No. 15-cv-01674:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on August 12, 2015. Plaintiff has dismissed John Does 1, 6, 13, 15, 16, 18, 22, 25, 29 and 33 from this action.

**Civil Action No. 15-cv-01689:** Plaintiff served a third party subpoena on CenturyLink QC on August 12, 2015. Plaintiff served a third party subpoena on Comcast Cable Communications, LLC on August 14, 2015. Plaintiff has dismissed John Does 1, 5, 9, 17, 18, 19 and 23 from this action.

**Civil Action No. 15-cv-01742:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on August 19, 2015. Plaintiff has dismissed John Doe 28 from this action.

**Civil Action No. 15-cv-01754:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on August 19, 2015. Plaintiff has dismissed John Does 6 and 9 from this action.

**Civil Action No. 15-cv-01788:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 10, 2015. Plaintiff has dismissed John Does 7, 8, 20 and 24 from this action.

**Civil Action No. 15-cv-01814:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 3, 2015. Plaintiff has dismissed John Does 5, 7, 15, 17, 18, 25 and 28 from this action.

**Civil Action No. 15-cv-01855:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 3, 2015. Plaintiff has dismissed John Does 1, 3 and 13 from this action.

**Civil Action No. 15-cv-01897:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 10, 2015. Plaintiff has dismissed John Does 10, 12 and 18 from this action.

**Civil Action No. 15-cv-01908:** Plaintiff served third party subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 10, 2015. Plaintiff has dismissed John Does 1, 2, 4, 5, and 15 from this action.

**Civil Action No. 15-cv-01963:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 17, 2015.

**Civil Action No. 15-cv-01977:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on September 17, 2015. Plaintiff has dismissed John Does 3 and 25 from this action.

**Civil Action No. 15-cv-02031:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 5, 2015. Plaintiff has dismissed John Does 2, 17 and 18 from this action.

**Civil Action No. 15-cv-02043:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 1, 2015. Plaintiff has dismissed John Does 3 and 22 from this action.

**Civil Action No. 15-cv-02065:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 1, 2015. Plaintiff has dismissed John Does 9 and 14 from this action.

**Civil Action No. 15-cv-02092:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 1, 2015.

**Civil Action No. 15-cv-02100:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 5, 2015.

**Civil Action No. 15-cv-02159:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 5, 2015. Plaintiff has dismissed John Does 5, 6, 13 and 15 from this action.

**Civil Action No. 15-cv-02217:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 20, 2015.

**Civil Action No. 15-cv-02259:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 20, 2015.

**Civil Action No. 15-cv-02273:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on October 20, 2015. Plaintiff has dismissed John Doe 7 from this action.

**Civil Action No. 15-cv-02706:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

**Civil Action No. 15-cv-02747:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

**Civil Action No. 15-cv-02771:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

**Civil Action No. 15-cv-02791:** Plaintiff served third party Subpoenas on Comcast Cable Communications, LLC and on CenturyLink QC on December 30, 2015.

Respectfully submitted this 11th day of January, 2016.

        BROWN & KANNADY, LLC

        **/s/ Scott T. Kannady**

        Scott T. Kannady, No. 29995
        2000 South Colorado Blvd., Suite 2-440
        Denver, CO 80222
        Phone: (303) 757-3800
        Fax: (303) 757-3815
        E-mail: scott@brownlegal.com

        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

       I hereby certify that on 11th day of January 2016, I electronically served the foregoing using the CM/ECF system to send electronic copies to all attorneys that have filed an appearance with the court.

                         By: <u>/s/ Maegan Stevens</u>
                            Maegan M. Stevens, Paralegal
                            Brown & Kannady, LLC